JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Vellata, LLC,<br>    Plaintiff,<br>    v.<br>Club Med Sales, Inc. and Club Med Management Services, Inc.<br>    Defendants. | 2:11-cv-01251-AHM (AGRx)<br><br>Order Dismissing Club Med Sales and Club Med Management<br><br>Judge Matz |

Pursuant to Plaintiff Vellata's notice of dismissal, it is ordered that defendant Club Med Sales, Inc. and defendant Club Med Management Services, Inc. are dismissed with prejudice, and the case in its entirety is dismissed with prejudice, under Fed.R.Civ.P. 41(a)(1).

Dated: May 11, 2011

_____
United States District Judge

JS-6

Order re Dismissal      1